# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| RONALD SATISH EMRIT<br>*Plaintiff*<br>v.<br>NATIONAL FOOTBALL LEAGUE, WASHINGTON REDSKINS, and DANIEL SNYDER<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:20-cv-00001-RRB |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Complaint, at Docket 1 , is DISMISSED WITH PREJUDICE. All pending motions are DENIED AS MOOT. Due to the coronavirus pandemic, by Miscellaneous General Order 20-11, the District of Alaska imposed a stay on all civil matters for 30 days, effective March 30, 2020. As the presiding judge in this matter, the undersigned vacates the stay in this case to allow entry of judgment, taxing of costs, and post-judgment motions. See MGO-20-11 at 6-7.

APPROVED:

**s/Ralph R. Beistline**
Ralph R. Beistline
Senior United States District Judge

Date: April 21, 2020

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*